UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CHRIS WITHAM,

     Plaintiff,

v.

DEL REY LANDING FUEL DOCK,

     Defendant.

Case No. 2:23-cv-07479-SB-MAA

ORDER DISMISSING CASE
WITHOUT PREJUDICE

     Plaintiff filed a complaint along with a request to proceed in forma pauperis (IFP) on September 8, 2023.  Dkt. No. 1.  After reviewing the complaint as required by 28 U.S.C. § 1915, the Court dismissed the complaint and granted leave to amend.  Dkt. No. 8.  The Court warned that failure to amend the complaint within 30 days would result in the case being dismissed without prejudice.  *Id.* Due to a discrepancy with Plaintiff's mailing address, the Court re-issued its order and extended Plaintiff's deadline to file an amended complaint to November 25. Dkt. No. 10.  The Court again warned Plaintiff that failure to timely file an amended complaint would result in dismissal without prejudice.  *Id.*  That deadline has now passed.  Accordingly, the Court dismisses the case without prejudice.

     A final judgment will be entered separately.

Date: December 11, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge

1