JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS WITHAM,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DEL REY LANDING FUEL DOCK,<br><br>　　　　Defendant. | Case No. 2:23-cv-07479-SB-MAA<br><br>FINAL JUDGMENT |

　　　For the reasons stated in the separate order entered this day, it is ORDERED AND ADJUDGED that Plaintiff's claims are dismissed without prejudice.

　　　This is a final judgment.

Date: December 11, 2023

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1